1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 454-3111
4  Facsimile: (916) 454-3131

5  Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KEVIN HILL** | CASE NO. CIV-08-1377 GGH |
| **Plaintiff,** | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |
| v. | |
| **MICHAEL J. ASTRUE** **Commissioner of Social Security** **of the United States of America,** | |
| **Defendant.** | |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from February 17, 2009 to May 11, 2009. This is Plaintiff's first extension and is required due to Plaintiff's counsel's extremely heavy briefing schedule through April of 2009.

/ / / /

/ / / /

/ / / /

1

| | |
|---|---|
| Dated: February 17, 2009 | */s/Bess M. Brewer*<br>BESS M. BREWER<br>Attorney at Law |
| | Attorney for Plaintiff |
| Dated: February 17, 2009 | Lawrence G. Brown<br>Acting United States Attorney |
| | */s/ Sarah Lynn Ryan*<br>SARAH LYNN RYAN<br>Special Assistant U.S. Attorney<br>Social Security Administration |
| | Attorney for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

DATED: February 19, 2009

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
U.S. MAGISTRATE JUDGE

hill.eot