BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 454-3111
Facsimile: (916) 454-3131

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KEVIN HILL** | CASE NO. CIV-08-1377 GGH |
| **Plaintiff,** | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |
| v. | |
| **MICHAEL J. ASTRUE** **Commissioner of Social Security** **of the United States of America,** | |
| **Defendant.** | |

   IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from May 11, 2009, to July 3, 2009. This extension is required due to Plaintiff's counsel's very crowded briefing schedule.

/ / / /

/ / / /

/ / / /

1

Dated: May 11, 2009         */s/Bess M. Brewer*
                            BESS M. BREWER
                            Attorney at Law

                            Attorney for Plaintiff


Dated: May 11, 2009         Lawrence G. Brown

                            Acting United States Attorney

                            */s/ Sarah Lynn Ryan*
                            SARAH LYNN RYAN
                            Special Assistant U.S. Attorney
                            Social Security Administration

                            Attorney for Defendant


**ORDER**

APPROVED AND SO ORDERED.

DATED: May 13, 2009
                    /s/ Gregory G. Hollows

                            GREGORY G. HOLLOWS
                            U.S. MAGISTRATE JUDGE

hill.eot2

2