1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 454-3111
4  Facsimile: (916) 454-3131

5  Attorneys for Plaintiff

                    IN THE UNITED STATES DISTRICT COURT

                       EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KEVIN HILL** | CASE NO. CIV-08-1377 GGH |
| **Plaintiff,** | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |
| v. | |
| **MICHAEL J. ASTRUE** **Commissioner of Social Security** of the United States of America, | |
| **Defendant.** | |

    IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from July 6, 2009 to July 20, 2009. This extension is required due to Plaintiff's counsel's very crowded briefing schedule.

/ / / /

/ / / /

/ / / /

1

Dated: July 6, 2009  /s/Bess M. Brewer
BESS M. BREWER
Attorney at Law

Attorney for Plaintiff

Dated: July 6, 2009  Lawrence G. Brown

Acting United States Attorney

/s/ Sarah Lynn Ryan by Elizabeth Firer
SARAH LYNN RYAN

Special Assistant U.S. Attorney
Social Security Administration

Attorney for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED: July 9, 2009

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
U.S. MAGISTRATE JUDGE

hill.eot3

2