BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
DANIEL P. TALBERT
Special Assistant United States Attorney
    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8926
    Facsimile: (415) 744-0134
    E-Mail: Daniel.Talbert@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| KEVIN HILL,<br>    Plaintiff,<br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>    Defendant. | Case No. 2:08-CV-01377-GGH<br><br>STIPULATION ORDER FOR<br>THE AWARD OF ATTORNEY FEES PURSUANT<br>TO THE EQUAL ACCESS TO JUSTICE ACT,<br>28 U.S.C. § 2412(d) |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that the previously filed Equal Access to Justice Act (EAJA) application is hereby withdrawn.

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff's counsel, as Plaintiff's assignee, be awarded attorney fees under the EAJA in the amount of THREE THOUSAND EIGHT HUNDRED dollars and 0 cents ($3,800.00). This amount represents compensation for all legal services rendered on behalf of Plaintiff, to date, by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of THREE THOUSAND EIGHT HUNDRED dollars and 0 cents ($3,800.00) in EAJA fees, shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA fees in connection with this civil action. Any payment shall be made payable to Plaintiff's counsel as Plaintiff's assignee and delivered to Plaintiff's counsel.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

Respectfully submitted February 1, 2010.

Respectfully submitted,

Dated: February 1, 2010        /s/ Bess M. Brewer
                               (As authorized via email)
                               BESS M. BREWER
                               Attorney for Plaintiff Kevin Hill


                               BENJAMIN B. WAGNER
                               United States Attorney

Date: February 1, 2010         By s/ Daniel P. Talbert
                               DANIEL P. TALBERT
                               Special Assistant U. S. Attorney

                               Attorneys for Defendant Michael J. Astrue

ORDER

APPROVED AND SO ORDERED.

DATED:  February 5, 2010          /s/ Gregory G. Hollows
                                  GREGORY G. HOLLOWS
                                  UNITED STATES MAGISTRATE JUDGE

hill.eaja