```
1  BENJAMIN B. WAGNER
   United States Attorney
2  LUCILLE GONZALES MEIS
3  Regional Chief Counsel, Region IX
   Social Security Administration
4  DANIEL P. TALBERT
5  Special Assistant United States Attorney
           333 Market Street, Suite 1500
6          San Francisco, California 94105
7          Telephone: (415) 977-8926
           Facsimile: (415) 744-0134
8          E-Mail: Daniel.Talbert@ssa.gov
9
   Attorneys for Defendant
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| KEVIN HILL, ) <br>     Plaintiff, ) <br> v. ) <br> ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> Commissioner of Social Security, ) <br>     Defendant. ) <br> _____ ) | Case No. 2:08-CV-01377-GGH <br><br> STIPULATION ORDER FOR <br> THE AWARD OF ATTORNEY FEES PURSUANT <br> TO THE EQUAL ACCESS TO JUSTICE ACT, <br> 28 U.S.C. § 2412(d) |

    IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that the previously filed Equal Access to Justice Act (EAJA) application is hereby withdrawn.

    IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff's counsel, as Plaintiff's assignee, be awarded attorney fees under the EAJA in the amount of THREE THOUSAND EIGHT HUNDRED dollars and 0 cents ($3,800.00). This amount represents compensation for all legal services rendered on behalf of Plaintiff, to date, by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of THREE THOUSAND EIGHT HUNDRED dollars and 0 cents ($3,800.00) in EAJA fees, shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA fees in connection with this civil action. Any payment shall be made payable to Plaintiff's counsel as Plaintiff's assignee and delivered to Plaintiff's counsel.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

Respectfully submitted February 1, 2010.

                                            Respectfully submitted,

Dated: February 1, 2010        /s/ Bess M. Brewer
                                        (As authorized via email)
                                        BESS M. BREWER
                                        Attorney for Plaintiff Kevin Hill


                                        BENJAMIN B. WAGNER
                                        United States Attorney

Date: February 1, 2010         By s/ Daniel P. Talbert
                                        DANIEL P. TALBERT
                                        Special Assistant U. S. Attorney

                                        Attorneys for Defendant Michael J. Astrue


                                        ORDER

APPROVED AND SO ORDERED.

DATED:  February 5, 2010        /s/ Gregory G. Hollows
                                        GREGORY G. HOLLOWS
                                        UNITED STATES MAGISTRATE JUDGE

hill.eaja